UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH SCHWARTZ )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL INC. )<br>    Defendant. )<br>) | CIVIL ACTION # 05-CV-104333 RWZ |

### MARRIOTT INTERNATIONAL, INC.'S CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Marriott International, Inc. states that it has no parent corporation and that no corporation owns 10% or more of its stock.

Dated: March 11, 2005

MARRIOTT INTERNATIONAL, INC.

By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ James M. Campbell*

James M. Campbell, BBO # 541882
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
617-241-3000

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on March 11, 2005.

David B. Stein, Esq.
Rubin, Weisman, Colasanti, Kajko & Stein, LLP
430 Bedford Street
Lexington, MA 02420

*/s/ Christopher A. Callanan*

Christopher A. Callanan



| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ ...2, and 3. Also complete<br>□ d Delivery is desired.<br>■ ... your name and address on the reverse<br>so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece,<br>or on the front if space permits. | A. Signature<br>X _Hamlik_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Judge W/Bell<br>U.S. DC (Civil)<br>U.S. Courthouse<br>1 Courthouse Way<br>Rm. 9200<br>Boston, Mass 02109<br>_Fees for Case 05-CV.10190_ | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0005 2504 8373 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540