CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER A. CALLANAN
(617) 241-3057

April 8, 2005

Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

**Re:**    **Ruth Schwartz v. Marriott International, Inc.**
**Civil Action No.:  05-CV-104333 RWZ**

Dear Sir or Madam:

Enclosed please find a certified copy of the Superior Court file in the above referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Christopher A. Callanan

CAC:dc
Enclosures
cc:    David B. Stein, Esq.
       James M. Campbell, Esq.

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

FILED
IN CLERK'S OFFICE

2005 APR 11 P 3 29

US DISTRICT COURT
DISTRICT OF MASS.

I, Brian Burke, Assistant Clerk of the Superior Court of the Commonwealth of Massachusetts  within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. MICV2005-00190 entered in the Superior Court on 01/19/2005.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Superior Court  at said Lowell this 22nd day of March, in the year of our Lord 2005

.............................................
Assistant Clerk of the Courts



cvdremlett_1.wpd 2702645 removus ginger

# MICV2005-00190
## Schwartz v Marriott International Inc.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 01/19/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 03/22/2005 | **Session** | L2 - Cv time-stan 2 (Lowell) | | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 04/19/2005 | **Answer** | 06/18/2005 | **Rule12/19/20** | 06/18/2005 |
| **Rule 15** | 06/18/2005 | **Discovery** | 11/15/2005 | **Rule 56** | 12/15/2005 |
| **Final PTC** | 01/14/2006 | **Disposition** | 03/15/2006 | **Jury Trial** | Yes |

## PARTIES

**Plaintiff**
Ruth Schwartz
31 Devonshire Road
Active 01/19/2005

**Private Counsel 556456**
David B Stein
Rubin Weisman Colasanti Kajko Stein LLP
430 Bedford Street
Lexington, MA 02420
Phone: 781-860-9500
Fax: 781-863-0046
Active 01/19/2005 Notify

**Defendant**
Marriott International Inc.
One Marriott Drive
Served: 02/02/2005
Served (answr pending) 02/02/2005

**Private Counsel 541882**
James M Campbell
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 03/22/2005 Notify

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/19/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 01/19/2005 | | Origin 1, Type B04, Track F. |
| 02/02/2005 | 2.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Marriott International Inc. on 01/25/05 (return receipt attached thereto) |
| 03/22/2005 | 3.0 | Notice for Removal to the United States District Court filed by Marriott International Inc. |
| 03/22/2005 | 4.0 | Copy of Petition for Removal to the United States District Court filed by Marriott International Inc. |
| 03/22/2005 | | Case REMOVED this date to US District Court of Massachusetts |

## EVENTS

MIDDLESEX, ss.　　　Commonwealth of Massachusetts

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

in testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereto
set my hand and affix the seal of said Superior court
this 22 day of March 2005

_Deputy_　　　　_Assistant Clerk_

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: MIDDLESEX | DOCKET NO. 05-0190 |
|---|---|---|

| PLAINTIFF(S)    RUTH SCHWARTZ | DEFENDANT(S)   MARRIOTT INTERNATIONAL, INC. |
|---|---|

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE David B. Stein, c/o Rubin, Weisman, Colasanti, Kajko & Stein 430 Bedford Street, Lexington, MA 02420 Board of Bar Overseers number: 556456  (781) 860-9500 | ATTORNEY (if known) |
|---|---|

Origin code and track designation

Place an x in one box only:
[ X ] 1. F01 Original Complaint (X)
[   ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial) (F)
[   ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[   ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
[   ] 5. F05 Reactivated after rescript;relief from judgment/ Order (Mass.R.Civ.P. 60) (X)
[   ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E20 | PI – Slip & Fall | (F) | ( X ) Yes    (   ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JAN 19  2005
Edward J. Sullivan
CLERK

1.  Total hospital expenses .................................................. $ 10,703.80
2.  Total Doctor expenses .................................................. $ 9,155.00
3.  Total chiropractic expenses .......................................... $ ...........
4.  Total physical therapy expenses .................................... $ ...........
5.  Total other expenses (describe) ............... Splint ............. $ 1,820.00
                                                                                        $ 60.00
                                                                             Subtotal $ 21,738.80
B.  Documented lost wages and compensation to date ............................ $ 6,000.00
C.  Documented property damages to date ....................................... $ ...........
D.  Reasonably anticipated future medical and hospital expenses .......... $ 15,000.00
E.  Reasonably anticipated lost wages .......................................... $ ...........
F.  Other documented items of damages (describe)

                                                                                        $ 21,000.00
G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)


      Fractured wrist requiring surgery and torn ligament in arm.    $ ...........
                                                                          TOTAL: $ 42,738.00

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                                                          TOTAL    $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____  DATE: 1/18/05

A.O.S.C. 2003

**Commonwealth of Massachusetts**
**County of Middlesex**
**The Superior Court**

CIVIL DOCKET# **MICV2005-00190-L2**

RE:   Schwartz v Marriott International Inc.

TO:David B Stein, Esquire
     Rubin Weisman Colasanti Kajko Stein LLP
     430 Bedford Street
     Lexington, MA 02420

### TRACKING ORDER - F TRACK

        You are hereby notified that this case is on the **fast (F) track** as per Superior Court
Standing Order 1-88. The order requires that the various stages of litigation described
below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 04/19/2005 |
| Response to the complaint filed (also see MRCP 12) | 06/18/2005 |
| All motions under MRCP 12, 19, and 20 filed | 06/18/2005 |
| All motions under MRCP 15 filed | 06/18/2005 |
| All discovery requests and depositions completed | 11/15/2005 |
| All motions under MRCP 56 served and heard | 12/15/2005 |
| Final pre-trial conference held and firm trial date set | 01/14/2006 |
| Case disposed | 03/15/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**.  You will be
notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline
for filing return of service.**
This case is assigned to session **L2** sitting in **Cv CrtRm 2 (Lowell) at Middlesex
Superior Court.**

Dated: 01/20/2005                                    Edward J. Sullivan
                                                     Clerk of the Courts

                                                     BY: Brian Burke
                                                     Assistant Clerk

Location: Cv CrtRm 2 (Lowell)
Telephone: 978-453-0201 EXT 231

Disabled individuals who need handicap accommodations should contact the Administrative Office of the
Superior Court at (617) 788-8130

Check web site as to status of case: http://ma-trialcourts.org/tcic

cvdtract_2.wpd 26 2775 inidoc01 dipacee

## COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, SS**

**SUPERIOR COURT**
**CIVIL ACTION NO.**

**05-0190**

RUTH SCHWARTZ, )
)
**Plaintiff** )
)
)
)
VS. )
)
MARRIOTT INTERNATIONAL INC., )
)
**Defendant** )

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

**JAN 19, 2005**

Edward J. Sullivan
CLERK

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.  Plaintiff, Ruth Schwartz, is an individual with a residential address of 31 Devonshire Road, Tewksbury, Middlesex County, Massachusetts.

2.  Defendant, Marriott International, Inc. has a principle place of business at One Marriott Drive, Washington, D.C.

3.  At all times pertinent hereto, Defendant owns and operates the Town Place Suites by Marriott located at 20 International Place, Tewksbury, Massachusetts.

```
3821E000001/19/05CIVIL      240.00
3821E000001/19/05SUR CHARGE  15.00
3821E000001/19/05SUMMONS      10.00
3821E000001/19/05SECC         20.00
```

4.  As a result of a fire at Plaintiff's home, Plaintiff has resided at Defendant's hotel since on or about December, 2003.

5.  On or about November 13, 2004, Plaintiff slipped and fell on an unnatural accumulation of ice located in the parking area adjacent to the side entrance of Defendant's hotel.

6.  For several hours prior to Plaintiff's accident, Defendant was aware of the very dangerous condition that existed with respect to the ice on its premises.

7.  Despite Defendant's knowledge of said dangerous condition, Defendant negligently failed and/or refused to remedy said condition and make it safe for its guests, including the Plaintiff.

## COUNT I

8.  As a direct and proximate result of the negligence of the Defendant, Plaintiff, Ruth Schwartz, was caused to sustain severe and permanent personal injuries, to incur in the past and into the future medical expenses, and to lose in the

future, her earning capacity, and to suffer great pain of body and mind both in the past and in the future.

**WHEREFORE**, Plaintiff demands judgment in her favor against the Defendant, in an amount to be determined by the jury, plus costs and interest.

### DEMAND FOR JURY TRIAL

Pla ntiff hereby demands trial by jury.


Dated: January 13, 2005

RUTH SCHWARTZ,
By Her Attorneys,

**RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP**

David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA  02420
Tel.: (781) 860-9500
Fax: (781) 863-0046

2

### COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                    SUPERIOR COURT
                                                CIVIL ACTION NO. 05-0190    L2

|                              |   |
|------------------------------|---|
| RUTH SCHWARTZ,               | ) |
|     Plaintiff | ) |
|                              | ) |
| VS.                          | ) |
|                              | ) |
| MARRIOTT INTERNATIONAL, INC.,| ) |
|     Defendant | ) |

### AFFIDAVIT OF SERVICE

I, David B. Stein, on oath, depose and state the following:

1.      I am the attorney of record for the Plaintiff, Ruth Schwartz.

2.      The Complaint in this action was filed on or about January 18, 2005.

3.      On January 25, 2005, I sent by certified mail return receipt requested, copies of the Summons, Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Tracking Order to the Defendant, Marriott International, Inc.

4.      I have attached hereto the original signed return receipt evidencing service of the above documents upon the Defendant.

Signed under the pains and penalties of perjury this 31st day of January, 2005.

_____
David B. Stein, BBO#: 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
Tel: (617) 860-9500
Fax: (617) 863-0046

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARRIOTT INTERNATIONAL, INC.
ONE MARRIOTT DRIVE
WASHINGTON, DC 20058

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 2410 0000 9442 1936

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARMENT                    MIDDLESEX, ss.

```
——————————————  )
                )    3
RUTH SCHWARTZ   )
     Plaintiff, )
                )
v.              )    CIVIL ACTION NO. MICV2005-00190
                )
MARRIOTT INTERNATIONAL INC. )
     Defendant. )
——————————————  )
```

<u>NOTICE OF REMOVAL</u>



MAR 2 2 2005

TO:    David B. Stein, Esq.
       Rubin, Weisman, Colasanti, Kajko & Stein, LLP
       430 Bedford Street
       Lexington, MA 02420

       Office of the Civil Clerk
       Middlesex Superior Court
       360 Gorham Street
       Lowell, MA 01852

Please take notice that the defendant, Marriott International, Inc., a non-Massachusetts corporation with its principal place of business in Maryland, has on the 8th day of March, 2005, filed a Notice of Removal pursuant to 28 U.S.C. sec. 1441 <u>et seq.</u>, containing a statement of facts which entitle it to remove the case to the United States District Court, District of Massachusetts.

The case is currently pending in the United States District Court, District of

Massachusetts at Boston with a Docket Number 05-CV-104333 RWZ (a certified

copy of which is attached hereto as Exhibit 1).

MARRIOTT INTERNATIONAL, INC.

By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

James M. Campbell, BBO # 541882
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on March 8, 2005.

David B. Stein, Esq.
Rubin, Weisman, Colasanti, Kajko & Stein, LLP
430 Bedford Street
Lexington, MA 02420

Christopher A. Callanan

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



05 cv 10433 RWZ

|  |  |
|---|---|
| RUTH SCHWARTZ | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MARRIOTT INTERNATIONAL INC. | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

TO:   THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COMES Marriot International, Inc., ("Marriott") and files this Notice of Removal of the above-captioned action from Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of its Notice of Removal, Marriott states as follows:

1.     As appears from Docket No. MICV2005-00190 on file in Middlesex Superior Court, the plaintiff filed her complaint on January 19, 2005. On February 7, 2005, Marriott was served with a Summons and Complaint. A copy of the Summons and Complaint is attached to this Notice as Exhibit "A".

2.     According to the Complaint, this is a negligence action which alleges personal injuries resulting from a slip and fall on Marriott property in Tewksbury, Massachusetts. As a result of Marriott's alleged negligence, the plaintiff claims that she sustained severe and permanent injuries, has incurred and expects to continue to incur medical expenses and lost wages, and has suffered and expects to continue to suffer great pain of body and mind.

3.     The plaintiff is a resident of Tewksbury, Massachusetts.