UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH SCHWARTZ<br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL INC.<br>Defendant. | )<br>)<br>)<br>)<br>)  CIV. ACTION # 05-CV-104333 RWZ<br>)<br>)<br>)<br>) |

## MARRIOTT INTERNATIONAL, INC.'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), counsel and client hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 15, 2005

Respectfully submitted,

| | |
|---|---|
| An Authorized Representative of<br>Marriott International, Inc.<br><br>_____<br>Yolanda Chico<br>Claims Unit Manager<br>Marriott Claims Services | Attorneys for Marriott International, Inc.,<br><br>_____<br>James M. Campbell (BBO# 541882)<br>Christopher A. Callanan (BBO# 630649)<br>Campbell Campbell Edwards & Conroy,<br>Professional Corporation<br>One Constitution Plaza<br>Boston, Massachusetts, 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Christopher A. Callanan, hereby certify that I have on April 19, 2005 served a true and correct copy the above document on counsel for all parties by ~~first class mail~~ in-hand delivery.

David B. Stein
Rubin, Weisman, Colasanti, Kajko & Stein
430 Bedford Street
Lexington, MA 02420
(781) 860-9500

Christopher A. Callanan