UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH SCHWARTZ,<br>      Plaintiff<br><br>VS.<br><br>MARRIOTT INTERNATIONAL INC.,<br>      Defendant | CIVIL ACTION NO. 05-10433 RWZ |

## STATUS REPORT RE: SETTLEMENT

Pursuant to the Order of this Court, Counsel for the Parties have conferred on the issue of settlement. However, for the reasons set forth below, Plaintiff has not been in a position to make a formal Settlement demand.

Plaintiff, Ruth Schwartz has a follow-up appointment with her orthopedic surgeon scheduled for June 21, 2005. At that appointment, Plaintiff expects to receive a final prognosis/assessment on the extent of her injuries suffered in the accident of November 13, 2004. Therefore, Plaintiff respectfully requests that this Court allow her until July 7, 2005 to provide Defendant with a formal Settlement demand. Counsel have conferred on this issue, and Defendant assents to this request.

| | |
|---|---|
| **RUTH SCHWARTZ**<br>By Her Attorneys,<br>RUBIN, WEISMAN, COLASANTI,<br>KAJKO & STEIN, LLC<br><br>/s/ David Stein /cac<br>David B. Stein, BBO# 556456<br>430 Bedford Street<br>Lexington, MA 02420<br>Tel.: (781) 860-9500<br>Fax: (781) 863-0046 | **MARRIOTT INTERNATIONAL INC.**<br>By Their Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY<br><br>/s/<br>Christopher A. Callanan, BBO# 630649<br>One Constitution Plaza, Third Floor<br>Boston, MA 02129<br>Tel.: (617) 241-3000<br>Fax: (617) 241-5115 |

Dated: May 18, 2005