UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RUTH SCHWARTZ<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>)<br>) | CIVIL ACTION NO.<br>05-CV-104333 RWZ |
| MARRIOTT INTERNATIONAL INC.<br>Defendant. | )<br>)<br>)<br>) | |

## STIPULATION OF DISMISSAL

Now comes the parties, relative to the above-entitled matter, and hereby stipulate

that the above-entitled action be dismissed, with prejudice, and without costs to either

party.

| | |
|---|---|
| RUTH SCHWARTZ<br>By Her Attorneys,<br>RUBIN, WEISMAN, COLASANTI,<br>KAJKO & STEIN, LLP | MARRIOTT INTERNATIONAL, INC.<br>By Its Attorneys,<br>Campbell Campbell Edwards & Conroy<br>Professional Corporation |
| _David B. Stein, BBO#556456_<br>430 Bedford Street<br>Lexington, MA 02420<br>Tel: (781) 860-9500<br>Fax: (781) 863-0046 | _James M. Campbell, BBO # 541882_<br>Christopher A. Callanan, BBO # 630649<br>One Constitution Plaza<br>Boston, MA 02129<br>Tel: (617) 241-3000<br>Fax: (617) 241-5115 |

Dated: February 1, 2006